# Third District Court of Appeal

## State of Florida

Opinion filed June 2, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-45
Lower Tribunal Nos. 19-2132CC & 19-171 AP
_____

**Bridgé Golde,**
Appellant,

vs.

**Pix Realty, L.P.,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Milena Abreu, Judge.

Bridgé Golde, in proper person.

Nexterra Law, and Steven M. Liberty and Eric A. Jacobs, for appellee.

Before EMAS, C.J., and LOGUE and SCALES, JJ.

PER CURIAM.

Affirmed. See § 83.232(5), Fla. Stat. (2019) ("Failure of the tenant to pay the rent into the court registry pursuant to court order shall be deemed an absolute waiver of the tenant's defenses. In such case, the landlord is entitled to an immediate default for possession without further notice or hearing thereon."); DTRS Intercontinental Mia., LLC v. A.K. Gift Shop, Inc., 77 So. 3d 785, 786–87 (Fla. 3d DCA 2011) (in holding that landlord was entitled to an immediate writ of possession where tenant failed to timely deposit the specified rent into the court registry, stating that "trial courts have no discretion in entering an immediate default for possession under these circumstances. The trial court may not consider the reasons why the deposit was not timely made" (quoting Park Adult Residential Facility, Inc. v. Dan Designs, Inc., 36 So. 3d 811, 812 (Fla. 3d DCA 2010))).